

UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF TEXAS
ENTERED

#24 AUG 17 1994

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

GAIA TECHNOLOGIES,

v.                                                    CIVIL ACTION NO. H- 94-2256

PROGRESSIVE CAPITAL, ET AL

DOCKET CONTROL ORDER

THE FOLLOWING SCHEDULE WILL CONTROL THE DISPOSITION OF THIS CASE.

| | |
|---|---|
| _____ | NEW PARTIES/CLASS ALLEGATIONS |
| _____ | NON DISPOSITIVE MOTIONS TO BE FILED BY THIS DATE. |
| ~~11/30/94 Plaintiff~~<br>12/30/94 Defendant | EXPERTS TO BE DESIGNATED BY THIS DATE. |
| 1/31/95 | DISCOVERY TO BE COMPLETED BY THIS DATE. |
| 1/31/95 | DISPOSITIVE MOTIONS TO BE FILED BY THIS DATE. |
| 2/20/95 | JOINT PRETRIAL ORDER DUE. <u>FAILURE TO FILE MAY RESULT IN THE IMPOSITION OF SANCTIONS.</u> |
| 3/6/95 | DOCKET CALL WILL BE HELD AT 11:30 am. CASE IS SUBJECT TO BEING CALLED FOR TRIAL ON SHORT NOTICE. |

/s/ Kenneth M. Hoyt
Kenneth M. Hoyt
U. S. District Judge

August 16, 1994

