

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

| | | |
|---|---|---|
| GAIA TECHNOLOGIES, INC., | § | *149*    MAR 1 7 1995 |
| | § | |
| Plaintiff, | § | Michael N. Milby, Clerk |
| | § | |
| VS. | § | CIVIL ACTION NO. H-94-2256 |
| | § | |
| RECONVERSION | § | |
| TECHNOLOGIES, INC., | § | |
| RECONVERSION | § | |
| TECHNOLOGIES OF TEXAS, | § | |
| INC., PROGRESSIVE CAPITAL | § | |
| CORPORATION, DAVID | § | |
| GORDON, IRA RIMER, JOEL | § | |
| HOLT AND RICHARD CLARK, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Jury Verdict, Memorandum and Supplemental Memorandums entered in this case, the plaintiff shall recover from the defendants as follows:

a) Against all defendants (jointly and severally)       $8,447,500.00

b) Against defendants, Retex, Retek and PCC, jointly and severally, the additional sum of       $8,447,500.00

c)    Against David Gordon, Ira Rimer, Joel
      Holt, and Richard Clark $100,000.00
      each as punitive damages in addition
      to the damages in category (a).

d)    Prejudgment interest on these sums at
      the rate of 10% per annum, compounded
      from September 1, 1992, to the date of
      entry of this judgment.

e)    A reasonable attorneys fee of $450,000
      against all defendants, jointly and
      severally.

f)    Postjudgment interest at the rate of
      6.57% per annum compounded from the
      date of entry of this judgment.

g)    All costs of Court legally appropriate.

      This is a FINAL JUDGMENT.

      Signed this 16th day of March, 1995.


                    KENNETH M. HOYT
                    UNITED STATES DISTRICT JUDGE